IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAMIAN SCHWARTZMAN, | : | |
| in his capacity as Receiver, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MORNINGSTAR, Inc., | : | No. 12-1647 |
| Defendant. | : | |

## JUDGMENT

**AND NOW**, this **5th** day of **August**, **2014**, following a bench trial in January 2014, and for the reasons stated in the Court's Findings of Fact and Conclusions of Law, it is hereby **ORDERED** that Judgment is entered in favor of Morningstar and against the Receiver on all claims.

BY THE COURT:

_____
**Berle M. Schiller, J.**